IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DEL-RHO GROUP, L.P., D/B/A WILD PITCH PRIVATE CLUB, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § | Case No. 4:17-cv-00359-ALM-KPJ |
| | § | |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, | § § § § | |
| Defendant. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 15, 2017, the report of the Magistrate Judge (Dkt. #22) was entered containing proposed findings of fact and recommendations that Defendant Certain Underwriters at Lloyd's, London's ("Defendant") Motion for Partial Dismissal (Dkt. 15) be **DENIED**.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Therefore, Defendant's Motion for Partial Dismissal (Dkt. 15) is **DENIED**.

It is **SO ORDERED**.

SIGNED this 2nd day of October, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE